UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN SEARLE, #645865,

       Petitioner,

                                        CASE NO.  2:09-CV-13369
v.                                                   HONORABLE LAWRENCE P. ZATKOFF

LLOYD RAPELJE,

       Respondent.
                                          /

**ORDER DENYING PETITIONER'S MOTION FOR RECONSIDERATION BUT GRANTING HIS APPLICATION TO PROCEED IN FORMA PAUPERIS ON APPEAL**

       Michigan prisoner John Searle ("Petitioner") filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 challenging the validity of his state court sentence.  This Court denied relief on his claims and denied a certificate of appealability.  This matter is before the Court on Petitioner's motion for reconsideration of the certificate of appealability denial, as well as his application to proceed *in forma pauperis* on appeal.

       The Court finds no reason to reconsider its decision denying a certificate of appealability. A motion for reconsideration which presents issues already ruled upon by the court, either expressly or by reasonable implication, will not be granted.  *See Hence v. Smith*, 49 F. Supp. 2d 547, 550 (E.D. Mich. 1999); *Czajkowski v. Tindall & Assoc., P.C.*, 967 F. Supp. 951, 952 (E.D. Mich. 1997). Petitioner has not met his burden of showing a palpable defect by which the Court has been misled or his burden of showing that a different disposition must result from a correction thereof, as required by Local Rule 7.1(h)(3).  Accordingly, the Court **DENIES** Petitioner's motion for

reconsideration.

A party to a district court action who seeks to proceed *in forma pauperis* on appeal must file a motion in the district court.  *See* Fed. R. App. P. 24(a)(1).  An appeal may not be taken *in forma pauperis* if the court determines that it cannot be taken in good faith.  *See* 28 U.S.C. § 1915(a)(3); s*ee also Foster v. Ludwick*, 208 F. Supp. 2d 750, 764-65 (E.D. Mich. 2002) (recognizing that the standard for granting leave to proceed *in forma pauperis* on appeal is lower than that for granting a certificate of appealability).  Although the Court has declined to issue a certificate of appealability in this case, it nonetheless finds that an appeal can be taken in good faith.  Accordingly, the Court **GRANTS** Petitioner's application to proceed *in forma pauperis* on appeal.

    **IT IS SO ORDERED**.

                                        s/Lawrence P. Zatkoff
                                        LAWRENCE P. ZATKOFF
                                        UNITED STATES DISTRICT JUDGE

Dated:  October 26, 2011

                            CERTIFICATE OF SERVICE

The undersigned certifies that a copy of this Order was served upon the attorneys of record by electronic or U.S. mail on October 26, 2011.

                                        s/Marie E. Verlinde
                                        Case Manager
                                        (810) 984-3290